**84**

mendation. Despite this warning, Crowell failed to specifically object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. *See Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir.1985); *see also Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Crowell has waived appellate review by failing to file specific objections after receiving proper notice. We accordingly deny Crowell's motion for leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Muhammad Abd Saleem Eury, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Muhammad Abd Saleem Eury appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Eury v. Morris*, No. CA–01–436–2 (E.D.Va. July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Muhammad Abd Saleem EURY, Plaintiff–Appellant,**

v.

**Alan MORRIS; Paul Cummings; Kesha Fowlkes; James Keeling; Daniel Braxton, Warden; Robert R. Doumar, Judge, Defendants–Appellees.**

**No. 01–7140.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Savino BRAXTON, Defendant– Appellant.**

**No. 01–7151.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.